**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>Oscar SARALEQUI,<br><br>   Defendant. | No. CV-05-4139-PHX-SMM<br><br>**ORDER** |

Having received an Amended Motion to Substitute Counsel for Plaintiff [Doc. No. 13], filed by Plaintiff's new counsel Ira Schwartz of DeConcini McDonald Yetwin & Lacy, P.C., and good cause appearing,

**IT IS ORDERED** that the Amended Motion to Substitute Counsel for Plaintiff [Doc. No. 13] is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of Court shall substitute, as Plaintiff's counsel of record, Ira Schwartz of DeConcini McDonald Yetwin & Lacy, P.C.

DATED this 12th day of September, 2006.

Stephen M. McNamee
United States District Judge