**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, et al,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>Oscar SARALEQUI,<br><br>　　　　Defendant. | No. CIV 05-4139-PHX-SMM<br><br>**ORDER** |

　　　Pending before the Court is Plaintiffs' Motion to Correct Filing and Substitute Pleading [Doc. No. 11]. Plaintiffs have already exhausted their right to amend the pleading once as a matter of course; however, Rule 15(a) provides that "leave shall be given freely when justice so requires." Fed. R. Civ. P. Here, Plaintiffs inadvertently filed the wrong version of their Amended Complaint and promptly notified the Court of the mistake after it was discovered. Because Defendant has not objected, the Court will grant Plaintiffs' motion because justice so requires.

　　　Accordingly,

　　　**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Correct Filing and Substitute Pleading [Doc. No. 11]. is **GRANTED**, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

//

//

1  **IT IS FURTHER ORDERED** that Plaintiff is directed to file with the Court a signed Second Amended Complaint, pursuant to Rule 11 of the Federal Rules of Civil Procedure and LRCiv 7.1(b)(1) of the Rules of Practice of the United States District Court for the District of Arizona.

DATED this 29th day of September, 2006.

_____
Stephen M. McNamee
United States District Judge